[This opinion has been published in *Ohio Official Reports* at 86 Ohio St.3d 393.]

THE STATE EX REL. VANCE, APPELLEE, *v.* ROCKWELL INTERNATIONAL ET AL., APPELLANTS.

[Cite as *State ex rel. Vance v. Rockwell Internatl.*, 1999-Ohio-173.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 98-2210—Submitted June 22, 1999—Decided September 8, 1999.)

APPEAL from the Court of Appeals for Franklin County, No. 97APD06-869.

————————————

*Green, Haines, Sgambati, Murphy & Macala Co., L.P.A., Ronald E. Slipski* and *Steven L. Paulson*, for appellee.

*Porter, Wright, Morris & Arthur* and *Christopher C. Russell*, for appellant Rockwell International.

*Betty D. Montgomery*, Attorney General, and *Cecille Caluya Harris*, Assistant Attorney General, for appellant Industrial Commission.

————————————

**{¶ 1}** The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————